UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN DEAN and DANA MOORER,<br><br>       Plaintiffs,<br><br>   v.<br><br>KIM JOHNSON, DIRECTOR OF THE<br>STATE OF CALIFORNIA DEPARTMENT<br>OF SOCIAL SERVICES, ET AL.,<br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:22-CV-01054 JAM-JDP<br><br><br><br>ORDER CONSOLIDATING CASES |
| LIEF DEAN,<br><br>       Plaintiff,<br><br>   v.<br><br>KIM JOHNSON, DIRECTOR OF THE<br>STATE OF CALIFORNIA DEPARTMENT<br>OF SOCIAL SERVICES, ET AL.,<br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:22-CV-02162 JAM-JDP |

In accordance with the stipulation of the parties, and good cause appearing, the Court makes the following orders:

1.   Pursuant to Fed. R. Civ. P. 42, the actions denominated as Ryan Dean and Dana Moorer v. Kim Johnson, Director of the State of California Department of Social Services, et al., Case No.

2:22-CV-01054 JAM-JDP and <u>Lief Dean v. Kim Johnson, Director of the State of California Department of Social Services, et al.</u>, Case No. 2:22-CV-02162 JAM-JDP are hereby consolidated;

    2.   Case No. 2:22-CV-01054 JAM-JDP is designated as the "master file;"

    3.   The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case No. 2:22-CV-02162 JAM-JDP to the master file;

    4.   The Clerk of the Court is **DIRECTED** to administratively close Case No. 2:22-CV-02162 JAM-JDP;

    5.   The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 2:22-CV-01054 JAM-JDP; and

    6.   The responsive pleadings of Defendant Kim Johnson and Defendants Kern County Department of Human Services, Dean Murphy, and Anna Zavala Garza to the newly consolidated case shall be due May 8, 2023.

    IT IS SO ORDERED.

Dated: March 10, 2023        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE